313

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boutonnieres the same in all material respects as those the subject of Abstract 54274, the claim of the plaintiff was sustained.

**No. 55866.**—Magnus, Mabee'&'Reynard, Inc., et al. v. United States, protests 125267–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chaulmoogra oil similar in all material respects to that the subject of United States v. Magnus, Mabee & Reynard, Inc. (39 C. C. P. A. 1, C. A. D. 455), the claim for free entry under paragraph 1669 was sustained.

**No. 55867.**—Freedman & Slater, Inc. v. United States, protest 143130–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in Fleming-Joffe, Ltd. v. United States (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55868.**—Kossmann & Co., Inc. v. United States, protests 170393–K and 170394–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of reptile skins the same in all material respects as those passed upon in Fleming-Joffe, Ltd. v. United States (25 Cust. Ct. 56, C. D. 1263), the claim for free entry under paragraph 1765 was sustained.

**No. 55869.**—Kopf Manufacturing Co. v. United States, protest 169223–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.

**No. 55870.**—Kopf Mfg. Co., Inc. v. United States, protests 170452–K and 171163–K (New York).